IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: WEEKLY COURTHOUSE CLOSURES AND IMPACT ON DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS | ) ) ) | GENERAL ORDER NO. 2:25-mc-04042-ECM |

**GENERAL ORDER RELATED TO COURTHOUSE CLOSURES
AND IMPACT ON DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

WHEREAS federal funding for certain functions of the United States of America lapsed at midnight on October 1, 2025;

WHEREAS since that time and as of the date of this Order, no appropriation bill or continuing resolution has been passed that would restore funding;

WHEREAS on October 1, 2025, the judiciary entered Phase 1 of a lapse in appropriations during which balances from fees and no-year appropriations were being used to fund judiciary operations;

WHEREAS on October 20, 2025, the judiciary will enter Phase 2 of a lapse in appropriations during which balances from fees and no-year appropriations will be exhausted, and the judiciary must reduce operations to avoid violations of the Antideficiency Act. See 31 U.S.C. §§ 1341-42;

IT IS HEREBY ORDERED that all Courthouses within the Middle District of Alabama, including Montgomery, Dothan, and Opelika, shall be CLOSED FOR OPERATIONS on each Friday during Phase 2 of the lapse in appropriations.

IT IS FURTHER ORDERED that all deadlines that fall on a Friday that the Courthouses are closed shall be automatically extended to the next business day pursuant to Federal Rule of Criminal Procedure 45(3) and Federal Rule of Civil Procedure 6(3) without further order of the Court.

DONE this 16th day of October, 2025.

EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE